PROB 12B
(7/93)

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN - 5 2015

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Benjamin Breazile      Case Number: 2:12CR00090-LRS-1

Name of Sentencing Judicial Officer: The Honorable Lonny R. Suko, Senior U.S. District Judge

Date of Original Sentence: August 7, 2013      Type of Supervision: Supervised Release

Original Offense: Failure to Register, 18 U.S.C. § 2250(a)      Date Supervision to Commence: January 13, 2015

Original Sentence: Prison - 30 months
                TSR - 36 months      Date Supervision to Expire: January 12, 2018

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

20     You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

## CAUSE

Recent contact with Mr. Breazile suggests that the above-mentioned modification is appropriate. He is indigent and without means at this time. In an attempt to provide a conducive environment upon release from custody, it is requested that the Court modify the conditions of supervision to include the aforementioned condition.

Benjamin Breazile was asked whether he would waive his right to a hearing and agree to the modification as previously described. As indicated by the enclosed waiver of hearing to modify conditions of supervised release form, Mr. Breazile has agreed to the proposed modification.

It is anticipated that Mr. Breazile will secure adequate housing and employment while residing at the RRC. If the Court concurs with the request for modification, it is requested he be allowed to release from the RRC when legitimate housing has been secured and approved by the undersigned officer.

                                                                       Respectfully submitted,

                                         by     s/Tommy Rosser
                                                      Tommy Rosser
                                                      U.S. Probation Officer
                                                      Date: December 31, 2014

THE COURT ORDERS

[ ]     No Action
[ ]     The Extension of Supervision as Noted Above
[X]     The Modification of Conditions as Noted Above
[ ]     Other

Signature of Judicial Officer

1/5/14

Date